Shonrick Brame
6655 Densmore Ave
Van Nuys CA 91406

FILED ✓ ___ LODGED
___ RECEIVED ___ COPY

JUL 10 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA – PHOENIX DIVISION

SHONRICK BRAME TRUST, a private California trust,
Plaintiff,

v.

HUBBARD AUTO CENTER OF SCOTTSDALE, an
Arizona dealership,
Defendant.

Case No.: CV-25-2410-PHX-CDB

**VERIFIED CIVIL COMPLAINT FOR CONVERSION, ENFORCEMENT OF SECURITY INTEREST, AND TRUST INTERFERENCE**

JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 (diversity jurisdiction), as the parties are citizens of different states and the amount in controversy exceeds $75,000.

2. Plaintiff SHONRICK BRAME TRUST is a private California trust, with its principal place of administration in Los Angeles County, California.

3. Defendant Hubbard Auto Center of Scottsdale is an Arizona business located at 14885 N 83rd Pl, Scottsdale, Arizona 85260.

4. Venue is proper in this Court under 28 U.S.C. § 1391(b)(1) because Defendant resides in this district and a substantial part of the events occurred here.

PARTIES

5. Plaintiff SHONRICK BRAME TRUST is a lawfully established private trust, acting by and through its Trustee, SHONRICK BRAME, with contact address at 6655 Densmore Avenue, Van Nuys, California 91406.

6. Defendant Hubbard Auto Center of Scottsdale is a motor

vehicle dealership doing business in Maricopa County, Arizona.

FACTUAL BACKGROUND

7. On or about June 2025, Plaintiff tendered full payment for a 2023 Lamborghini Huracán Tecnica (VIN: ZHWUB6ZFXPLA21592), by presenting a negotiable financial instrument titled International Bill of Exchange No. IBOE-1002, in the amount of $310,595.00.

8. The instrument was lawfully issued and delivered as final settlement of the transaction.

9. Defendant accepted presentment but later returned the instrument without lawful reason or legal rebuttal.

10. Plaintiff perfected its security interest by filing UCC-1 Financing Statement #U240057572727, securing the VIN as collateral.

11. Plaintiff issued Notices of Dishonor and Commercial Default, and no valid response or cure was received.

12. Defendant unlawfully transferred or sold the secured vehicle, thereby converting trust-secured property.

CAUSES OF ACTION

COUNT I – COMMERCIAL CONVERSION

13. Plaintiff incorporates all prior paragraphs as if fully set forth herein.

14. Defendant, without authorization, disposed of or retained control over secured trust property contrary to UCC § 3-505 and commercial law.

15. Plaintiff is entitled to the return of said property or damages for its full value.

COUNT II – ENFORCEMENT OF SECURITY INTEREST

16. Plaintiff is a perfected lienholder with a priority security interest in the 2023 Lamborghini under UCC § 9-601 to § 9-628.

17. Defendant's actions obstructed recovery of the collateral, in violation of commercial lien rights.

18. Defendant's conduct interfered with the lawful administration of the SHONRICK BRAME TRUST by unlawfully disposing of trust-held property.

19. Said interference constitutes injury to the Trust's interests and operational control over secured assets.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests this Court to:

A. Order the immediate return of the vehicle (VIN: ZHWUB6ZFXPLA21592), or
B. Award damages in the amount of $310,595.00;
C. Grant costs, fees, and any other relief the Court deems just and proper.


Respectfully Submitted,

SHONRICK BRAME, Trustee
SHONRICK BRAME TRUST
Without Recourse / UCC 1-308

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA – PHOENIX DIVISION

SHONRICK BRAME TRUST, Plaintiff

v.

HUBBARD AUTO CENTER OF SCOTTSDALE,
Defendant

Case No.: _____

EXHIBIT INDEX - FEDERAL COMPLAINT

Exhibit A – International Bill of Exchange No. IBOE-1002
Exhibit B – UCC-1 Financing Statement (Filing No.
U240057572727)
Exhibit C – Affidavit of Dishonor (Hubbard Auto)
Exhibit D – Affidavit of Non-Response (IBOE-1002)
Exhibit E – Commercial Default Notice
Exhibit F – VIN Ownership Statement & Seizure
Authorization
Exhibit G – Repossession Instruction & Lawful Seizure
Notice

**UNITED STATES DISTRICT COURT**
FOR THE DISTRICT OF ARIZONA – PHOENIX
DIVISION

SUMMONS IN A CIVIL ACTION
Case No.: _____

SHONRICK BRAME TRUST,
Plaintiff,

v.

HUBBARD AUTO CENTER OF SCOTTSDALE,
Defendant.

To: HUBBARD AUTO CENTER OF SCOTTSDALE
14885 N 83rd Pl
Scottsdale, AZ 85260

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not
counting the day you received it) — or 60 days if you are
the United States or a United States agency — you must
serve on the plaintiff an answer to the attached complaint or
a motion under Rule 12 of the Federal Rules of Civil
Procedure. The answer or motion must be served on the
plaintiff or plaintiff's attorney, whose name and address
are:

SHONRICK BRAME, TRUSTEE
c/o 6655 Densmore Avenue
Van Nuys, CA 91406
Email: SHONRICKBRAMETRUST@GMAIL.COM

If you fail to respond, judgment by default will be entered
against you for the relief demanded in the complaint. You
also must file your answer or motion with the court.

_____

CLERK OF COURT

*Exhbit F*

**SHONRICK BRAME TRUST**
c/o 6655 Densmore Avenue, Van Nuys, California 91406
Email: SHONRICKBRAMETRUST@GMAIL.COM |
Phone: (602) 400-9875

NOTICE OF LAWFUL SEIZURE OF SECURED PROPERTY
Date: July 7, 2025

TO: Any and All Interested Parties, Agents, Officers, or
Private Individuals in Possession

RE: LAWFUL SEIZURE OF COLLATERALIZED
PROPERTY
Asset: 2023 Lamborghini Huracán Tecnica
VIN: ZHWUB6ZFXPLA21592

This is a formal NOTICE that the secured property
described above has been reclaimed under lawful authority
by the Secured Party of Record, SHONRICK BRAME
TRUST, following commercial default by the prior
possessor(s). This action is executed pursuant to and in
accordance with:

- UCC § 9-609(b): A secured party may take possession of
the collateral after default without judicial process if it
proceeds without breach of the peace;
- UCC § 9-610: A secured party may dispose of collateral
after default in a commercially reasonable manner;
- Law of Contracts and applicable commercial practice.

SECURED COLLATERAL IDENTIFICATION:

- Make/Model: 2023 Lamborghini Huracán Tecnica
- VIN: ZHWUB6ZFXPLA21592
- Color: White and Black
- Value: $310,595.00
- Instrument Ref: IBOE-1002
- UCC-1 Filing Ref: U240057572727
- Debtor: Hubbard Auto Center of Scottsdale
- Event: Seizure due to default after dishonor of negotiable
instrument tender

NOTICE TO POSSESSORS:

Any individual or agency found to be in possession, concealing, storing, withholding, transferring, or obstructing the recovery of the above-referenced secured property without lawful title or without full commercial release by the Secured Party shall be deemed to be interfering with a perfected security interest and subject to lawful claims for damages, costs, and/or prosecution.

This property is not stolen. It is lawfully repossessed collateral under a perfected UCC security agreement following a documented commercial dishonor and default.

If you are in possession of this vehicle, or are holding it on behalf of a third party, you are hereby instructed to release it immediately to the agent of the Secured Party or to contact the undersigned at the information above to arrange lawful transfer.

## AFFIDAVIT OF COMMERCIAL DEFAULT

I, the undersigned Authorized Representative of SHONRICK BRAME TRUST, declare under penalty of perjury:

That a Bill of Exchange numbered IBOE-1002 and registered under RF No. 532 691 884 US, in the amount of $310,595.00, was lawfully issued on June 19, 2025, drawn on the United States Department of the Treasury and made payable to:

Hubbard Auto Center of Scottsdale

14825 N 82nd St, Scottsdale, AZ 85260

Said instrument was presented in good faith for value in connection with a commercial vehicle transaction involving a 2023 Lamborghini Huracan Tecnica, VIN ZHWUB6ZFXPLA21592. The instrument was either dishonored, wrongfully returned, or retained without lawful reason, and no lawful protest or rebuttal was received.

This establishes a commercial default per UCC § 3-505 and § 3-501. The Drawer, SHONRICK BRAME TRUST, now asserts full commercial lien rights and proceeds under UCC § 9-203.

Executed on this 1st day of July, 2025.

By: _____

Authorized Representative for SHONRICK BRAME TRUST

c/o 6655 Densmore Ave, Van Nuys, CA 91406

Email: SHONRICKBRAMETRUST@GMAIL.COM

UCC 1-308 - Without Prejudice - All Rights Reserved

-----------------------------------------------------

NOTARY ACKNOWLEDGMENT

State of ARIZONA    )

County of Maricopa )

On this 2nd day of July , 2025, before me, the undersigned Notary Public, personally appeared Thonerick Brame , who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the above instrument, and acknowledged executing the same in their authorized capacity.

WITNESS my hand and official seal.

Signature of Notary: _____

Printed Name of Notary: Michael McQuail

Commission No.: 678327

My Commission Expires: 12-25-2028



MICHAEL MCQUAIL
Notary Public - Arizona
Maricopa County
Commission # 678327
My Comm. Expires Dec 25, 2028

## Affidavit of Non-Response (IBOE-1002)

Affidavit of Non-Response (IBOE-1002)

AFFIDAVIT OF NON-RESPONSE

I, the undersigned, SHONRICK BRAME, Authorized Representative of SHONRICK BRAME TRUST, hereby declare under penalty of perjury that:

1. On or about June 20, 2025, a lawful instrument titled INTERNATIONAL BILL OF EXCHANGE No. IBOE-1002 in the amount of $310,595.00 was duly tendered to Hubbard Auto Center of Scottsdale at 14825 N 82nd St, Scottsdale, AZ 85260, with a due date for payment of July 7, 2025.

2. Said instrument was not honored and no written response or rebuttal explaining any legal defect or rejection was received from Hubbard Auto Center or any authorized party.

3. An Affidavit of Commercial Default was issued and remains unrebutted.

4. To date, as of June 30, 2025, no lawful cure or performance has been rendered.

Therefore, pursuant to the Uniform Commercial Code and lawful right of claim, I do solemnly affirm that a default exists and proceed accordingly with lienholder rights.

Executed this 30th day of June, 2025.

By:

SHONRICK BRAME, Authorized Representative

SHONRICK BRAME TRUST

## AFFIDAVIT OF LOSS AND DISHONOR

I, the undersigned, Authorized Representative of SHONRICK BRAME TRUST, declare under penalty of perjury:

That on or about June 19, 2025, a negotiable instrument titled Bill of Exchange No. IBOE-1002, in the amount of $310,595.00, was issued and tendered to:

Hubbard Auto Center of Scottsdale

14825 N 82nd St, Scottsdale, AZ 85260

Said instrument, bearing RF No. 532 691 884 US, was presented for value and in good faith to discharge a commercial obligation associated with a 2023 Lamborghini Huracan Tecnica (VIN: ZHWUB6ZFXPLA21592).

The instrument was dishonored or wrongfully refused. After multiple demands and lawful presentment, it was not lawfully returned, nor was any legal rebuttal provided. As such, I hereby declare the instrument as:

(1) Lost, not returned in good order;

(2) Dishonored, under UCC § 3-505;

(3) Legally enforceable by affidavit pursuant to UCC § 3-309.

This affidavit is executed for the purpose of preserving enforcement rights, supporting lien and commercial claims, and to provide lawful remedy through administrative or judicial process.

Executed on this 1st day of July, 2025.

By: _____

Authorized Representative for SHONRICK BRAME TRUST

c/o 6655 Densmore Ave, Van Nuys, CA 91406

Email: SHONRICKBRAMETRUST@GMAIL.COM

UCC 1-308 - Without Prejudice - All Rights Reserved

---------------------------------------------------------

NOTARY ACKNOWLEDGMENT

State of _Arizona_ )

County of _Maricopa_ )

On this _2nd_ day of _July_ , 2025, before me, the undersigned Notary Public, personally appeared
_Slonerick Brame_ , who proved to me on the basis of satisfactory evidence to be

the person whose name is subscribed to the above instrument, and acknowledged executing the same in

their authorized capacity.


WITNESS my hand and official seal.

Signature of Notary: _[signature]_

Printed Name of Notary: _Michael McQuail_

Commission No.: _678327_

My Commission Expires: _12-25-2028_

MICHAEL MCQUAIL
Notary Public - Arizona
Maricopa County
Commission # 678327
My Comm. Expires Dec 25, 2028

AUTHORIZED COPY

BILL OF EXCHANGE

RF No.: 532 691 884 US

BOE No.: IBOE-1002

Amount: $310,595.00

Date of Issue: June 19, 2025

Due Date: July 7, 2025

Payee: Hubbard Auto Center of Scottsdale

   14825 N 82nd St, Scottsdale, AZ 85260

Drawer: SHONRICK BRAME TRUST

   c/o 6655 Densmore Ave, Van Nuys, CA 91406

Drawn Against: U.S. Department of the Treasury


Description: 2023 Lamborghini Huracan Tecnica RWD

VIN: ZHWUB6ZFXPLA21592 I Mileage: 2,779 mi I Stock #: 2082A


This instrument is issued pursuant to UCC § 3-104 and § 3-302 as a negotiable instrument,

and is enforceable per UCC § 3-309 due to non-return and dishonor by the payee.


WITHOUT RECOURSE


Authorized Representative for SHONRICK BRAME TRUST


By: _____

Authorized Representative



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT AMENDMENT (UCC 3)**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only

**-FILED-**

File No.: U250164321725
Date Filed: 7/1/2025

U250164321725

| Submitter Information: | |
|---|---|
| Contact Name | shonerick brame |
| Organization Name | SHONRICK BRAME TRUST |
| Phone Number | (602) 758-4810 |
| Email Address | shonbrame@gmail.com |
| Address | 6655 Densmore Ave |
| | Van Nuys, CA 91406 |

| Amendment Action Information: | |
|---|---|
| Initial Financing Statement File Number | U240057572727 |
| Date Filed | 07/10/2024 |
| Amendment Action | Collateral Amendment |
| Collateral Change | Add Collateral |

| Indicate how documentation of Collateral is provided: | Attached in a File |
|---|---|

Upload PDF as Collateral:
Lambo UCC_Lien_Profile_BOE1002.pdf

☐ Check this box to see additional UCC Collateral options.

Name of Secured Party of Record Authorizing This Amendment:

☐ If this Amendment is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below.

Authorizing Secured Party Name          SHONERICK BRAME

Optional Filer Reference Information:

Miscellaneous Information:

B3823-0880 07/01/2025 4:27 PM Received by California Secretary of State

## UCC LIEN PROFILE - BOE-1002

Secured Party:

SHONRICK BRAME TRUST

c/o 6655 Densmore Ave, Van Nuys, CA 91406

Debtor:

Hubbard Auto Center of Scottsdale

14825 N 82nd St, Scottsdale, AZ 85260

Collateral Description:

- 2023 Lamborghini Huracan Tecnica RWD

- VIN: ZHWUB6ZFXPLA21592

- Stock #: 2082A

- Mileage: 2,779 mi

- All rights, title, interest, proceeds, and contract rights attached to said property

Instrument Referenced:

- Bill of Exchange No. IBOE-1002

- RF No.: 532 691 884 US

- Amount: $310,595.00

- Dishonored by Hubbard Auto Center

Legal Authority:

- UCC § 9-203 (Attachment of Security Interest)

- UCC § 9-502 (Filing Requirements)

- UCC § 3-505 (Dishonor)

- UCC § 3-309 (Lost Instruments)

Filing Status:

- Filed and Perfected

- Affidavit of Commercial Default executed

- Affidavit of Loss and Dishonor filed

B3823-0881 07/01/2025 4:27 PM Received by California Secretary of State

- Authorized Copy of BOE submitted

- DMV Title Hold Enforcement in Process


Trust Email: SHONRICKBRAMETRUST@GMAIL.COM

All Rights Reserved - Without Prejudice - UCC 1-308

B3823-0882 07/01/2025 4:27 PM Received by California Secretary of State

**SHONRICK BRAME TRUST**
c/o 6655 Densmore Avenue, Van Nuys, California 91406
Email: SHONRICKBRAMETRUST@GMAIL.COM |
Phone: (602) 400-9875

REPOSSESSION INSTRUCTION LETTER
Date: July 7, 2025

TO:
GORILLA TOWING & RECOVERY LLC
110 S Perry Ln
Tempe, AZ 85281
Phone: 480-244-0018
Fax: 516-453-7581

RE: PRIVATE INSTRUCTION FOR LAWFUL
RECOVERY OF SECURED VEHICLE
Year/Make/Model: 2023 Lamborghini Huracán Tecnica
VIN: ZHWUB6ZFXPLA21592
Color: White and Black
Instrument Reference: IBOE-1002
UCC Lien Reference: Filing #U240057572727
Lienholder: SHONRICK BRAME TRUST

Dear Recovery Agent,

This letter serves as formal instruction to initiate lawful
repossession of the vehicle identified above. The secured
property was offered under a tender of payment via
International Bill of Exchange (IBOE-1002) and
subsequently dishonored without legal cause. Commercial
default has been declared, and all administrative due
process requirements have been fulfilled.

The SHONRICK BRAME TRUST, as perfected secured
party, authorizes recovery of this asset under the Uniform
Commercial Code, specifically:

- UCC § 9-609: Permits a secured party to take possession
of the collateral without judicial process, provided it is
done without breach of the peace;
- UCC § 9-601 to § 9-628: Outlines rights of secured

parties following debtor default

YOUR INSTRUCTIONS:

1. Recover the secured vehicle listed above from its present location.
2. Use no force and ensure recovery is peaceful and within all applicable laws.
3. Photograph the vehicle at the scene prior to movement.
4. Notify SHONRICK BRAME TRUST immediately upon possession.
5. Arrange secure storage and await further instruction for delivery or enforcement action.

All lawful rights under the perfected lien shall be exercised by the secured party. If any law enforcement agency or party questions your authority, this letter serves as proof of authorization from the Trust.

Thank you for your assistance.

Sincerely,

SHONRICK BRAME, Trustee
SHONRICK BRAME TRUST

**LAWFUL ORDER FOR MONEY**

From the SHONRICK BRAME TRUST

C/O 6655 Densmore Ave, Van Nuys, California [91406]

Non-Domestic, without the United States

Date: June 23, 2025


To:

Secretary of the Treasury

United States Department of the Treasury

1500 Pennsylvania Avenue, NW

Washington, D.C. 20220


**RE: LAWFUL ORDER FOR PAYMENT AND SETOFF OF PUBLIC DEBT**

RF Number: 532 691 884 US

BOE Number: IBOE-1002

Amount: Three Hundred Ten Thousand Five Hundred Ninety-Five Dollars and 00/100 ($310,595.00)


To whom it may concern,

This Lawful Order is issued by the undersigned, the duly authorized representative and trustee of the SHONRICK BRAME TRUST, for the immediate lawful money payment and setoff of the enclosed financial instrument—a Bill of Exchange (IBOE-1002)—drawn against the credit and account of the United States and payable through the U.S. Treasury.

Authority and Basis:

Pursuant to:
- 12 U.S.C. § 411, the undersigned demands lawful money of the United States and refuses Federal Reserve Notes as

- HJR-192, Public Law 73-10 (1933), this instrument is a lawful discharge of obligation for value received, supported by the full faith and credit of the United States.
- UCC § 3-104, § 3-303, § 3-310, § 3-501, the attached Bill of Exchange is a negotiable instrument, lawfully tendered for acceptance and payment.

ORDERED ACTION:

You are hereby lawfully ordered to process the enclosed Bill of Exchange in the amount of $310,595.00 as a full and final settlement and discharge of the referenced obligation. The amount shall be charged against the credit of the United States and drawn from the asset trust account established under the name of the issuer: SHONRICK BRAME TRUST, as authorized.

This instruction is not a request. It is a lawful order for payment, supported by commercial law and public policy, including but not limited to the Uniform Commercial Code, House Joint Resolution 192, and the right of private citizens to discharge public obligations through lawful instruments.

Respectfully submitted,

By: _____

Shonrick Brame, Authorized Representative

SHONRICK BRAME TRUST

All Rights Reserved — UCC 1-308 / UCC 1-103

Without Prejudice, Without Recourse


Enclosures:

1. Bill of Exchange IBOE-1002

2. Affidavit of Truth (optional)

3. Certificate of Trust (optional)

4. Lawful Money Demand Notice (optional)

VIN OWNERSHIP & LIENHOLDER STATEMENT

RE: IBOE-1002 – Secured Property Declaration

Trust Name: SHONRICK BRAME TRUST
Trustee: Shonrick Brame
Mailing Address: c/o 6655 Densmore Ave, Van Nuys, CA 91406
Phone: (602) 400-9875
Email: SHONRICKBRAMETRUST@GMAIL.COM

Vehicle Information:
- Year/Make/Model: 2023 Lamborghini Huracán Tecnica RWD
- VIN: ZHWUB6ZFXPLA21592
- Mileage at Contract: 2,779 mi (as reported)
- Reference Instrument: International Bill of Exchange – IBOE-1002
- Amount Tendered: $310,595.00
- RF Number: 532 691 884 US
- Date of Tender: June 24, 2025

DECLARATION OF OWNERSHIP & LIEN INTEREST

I, Shonrick Brame, Trustee and Authorized Representative of the SHONRICK BRAME TRUST, do hereby affirm that the above-described vehicle is property of the trust and was lawfully purchased via negotiable instrument tender in the form of an International Bill of Exchange (IBOE-1002), lawfully executed under UCC Articles 3 and 9.

Said instrument was delivered and accepted by Hubbard Auto Center as full and final payment. A UCC-1 Financing Statement is perfected and recorded, evidencing the SHONRICK BRAME TRUST's secured lienholder interest over the vehicle as property in commerce.

Upon dishonor and non-response by the seller, all rights to title and possession revert to the secured party per UCC § 9-609 and § 3-505, and the lienholder maintains a superior claim to any third party in possession of the vehicle.

NOTICE TO LAW ENFORCEMENT AND THIRD
PARTIES:

This statement constitutes legal notice of recorded
lienholder status and ownership rights. Any unauthorized
transfer, concealment, sale, or possession of this vehicle is
subject to enforcement under applicable commercial and
criminal statutes, including theft by conversion of secured
property.

Executed this day: July 10, 2025

By:

Shonrick Brame, Trustee
SHONRICK BRAME TRUST



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

Hubbard Auto of Scottsdale
14825 N 82nd Street
Scottsdale, AZ 85260

9589 9628 3322 5270 0710 9659

---

OFFICIAL USE

Date Stamp
SUNNYSLOPE STATION
JUN 18 2025
85020-USPS

Registered No.
RE552691240US

To Be Completed By Post Office

TO
Shannon K. Brome
c/o 6655 Desimone Ave
Van Nuys CA 91406

FROM
Caden Snyder
c/o Hubbard Auto of Scottsdale
14825 N 82nd Street
Scottsdale, AZ 85260

PS Form 3806, Registered Mail Receipt
RE 552 691 840 US

---

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Hubbard Auto of Scottsdale
14825 N 82nd Street
Scottsdale, AZ 85260

Caden Snyder

9590 9402 9039 4122 8335 49

2. Article Number (Transfer from service label)

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
Adam Kelhe   6/20/25
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation
   Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053      Domestic Return Receipt