Shonerick Brame
c/o 6655 Densmore Ave
Van Nuys CA 91406
ShonrickBrameTrust@gmail.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

BRAME,
Plaintiff,

v.

HUBBARD AUTO CENTER OF SCOTTSDALE,
Defendant.

**Case No. CV-25-2410-PHX-CDB**

**MOTION FOR LEAVE TO FILE DOCUMENTS ELECTRONICALLY**

Plaintiff, Shonrick Brame, Trustee for the SHONRICK BRAME TRUST, respectfully moves this Court for leave to file documents electronically in the above-captioned matter pursuant to the Court's local rules and procedures. As a self-represented litigant (pro se), Plaintiff seeks access to the CM/ECF electronic filing system in order to efficiently file documents, receive notices, and manage the case without undue delay. Electronic filing will ensure timely service, reduce the burden of physical filing, and promote the just and efficient resolution of this matter. Attached hereto as Exhibit is a true and correct copy of the contract related to this matter. WHEREFORE, Plaintiff respectfully requests that this Court grant leave to use the CM/ECF electronic filing system for all future filings in this case. Respectfully submitted, DATED: 10-1-25

Shonrick Brame, Trustee for the SHONRICK BRAME TRUST
c/o 6655 Densmore Ave
Van Nuys, CA 91406
Email: ShonrickBrameTrust@gmail.com
Phone: 818-515-6249
Plaintiff, Pro Se

EXHIBIT A

CERTIFICATE OF SERVICE

I, **Shonrick Brame**, Plaintiff in the above-entitled action, hereby certify that on this 1st day of October, 2025, I served a true and correct copy of the Court's **Order dated September 30, 2025 (Doc. 10)** on the Defendant as directed therein.

Service was made by depositing a copy of the Order in the United States Mail, **Certified Mail, Return Receipt Requested No. 9589 0710 5270 3566 9159 52**, addressed as follows:

**Hubbard Auto Center of Scottsdale**
14825 N 82nd St
Scottsdale, AZ 85260

Pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), service is deemed complete upon mailing, regardless of acceptance, refusal, or non-response by the Defendant.

Respectfully submitted,

Date: October 1, 2025

**Shonrick Brame**
Plaintiff, Pro Se
c/o 6655 Densmore Ave.
Van Nuys, CA 91406
Email: shonbrane@gmail.com
Phone: (818) 515-6249

